UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 12-176 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| SHEAN REINHOLD HATFIELD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>: Violation of Pretrial Release

<u>Date of Detention Hearing</u>: April 10, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant is on pretrial release pending trial in the Eastern District of

DETENTION ORDER
PAGE -1

Washington, Case No. 2:11CR-00073-002. He is alleged to have violated the conditions of pretrial release because his supervising probation officer has been unable to confirm if he has complied with recommended substance abuse treatment, by failing to submit to urinalysis testing on eight occasions, and by being in possession of a firearm.

2. Defendant's supervising pretrial officer indicates that defendant has continued to disregard the conditions of pretrial release and requests that he remain in custody pending a hearing on these allegations.

3. The Court finds there does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing on the alleged violations of pretrial release, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

01 | for the defendant, to the United States Marshal, and to the United State Pretrial Services
02 | Officer.

03 | DATED this 10th day of April, 2012.

_Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3